UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **5:26-cv-03855-JMS-SK** | Date | July 17, 2026 |
| Title | ***Francisco Millan Rivera v. Fereti Semaia, et al.*** | Page | 1 of 2 |

| | |
|---|---|
| Present: The Honorable | J. Michael Seabright, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Derek Davis | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER**

On July 16, 2026, the court issued an Order asking Petitioner Francisco Rivera Millan (A208797747) to show cause why this action should not be dismissed because he already has a Petition under 28 U.S.C. § 2241 pending in the Central District. *See* ECF No. 12. That other case is *Francisco Rivera Millan v. Semaia et al.*, Case No. 5:26-cv-03310-VBF-SP, which is pending before District Judge Valerie B. Fairbank and Magistrate Judge Sheri Pym. An answer and a reply have already been filed in that case.

On July 17, 2026, Petitioner filed a Response to the Order to Show Cause. *See* ECF No. 13. In his Response, Petitioner asserts that Case Number 5:26-cv-03310-VBF-SP was closed prior to adjudication on the merits. *See id.* at PageID#293; *see also id.* at PageID#294 (asserting that "[t]he earlier case was closed for technical reasons and does not bar or undermine the current petition").

Petitioner is mistaken. A review of the Central District of California docket shows that there is a *third* case opened by "Francisco Millan Rivera" on July 11, 2026, **5:26-cv-03848**, in which a Notice of Deficiencies was issued on July 13, 2026, stating in part "You must file an initiating document within two business days of this notice or the docket for this case number will be closed." ECF No. 1 in 5:26-cv-03848. And so, although there was an earlier case that was apparently "closed for technical reasons," Petitioner still has a pending case (5:26-cv-03310-VBF-SP) seeking identical relief. Petitioner has not argued that the current action (5:26-cv-03855-JMS-SK) is materially different than his earlier (still pending) action (5:26-cv-03310-VBF-SP).

Accordingly, because Petitioner is seeking relief in the earlier action, this action (5:26-cv-03855-JMS-SK) is DISMISSED WITHOUT PREJUDICE. *See, e.g.*, *Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007) (explaining that plaintiffs have "no right to maintain two separate actions involving the same subject matter at the same time in the same

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **5:26-cv-03855-JMS-SK** | Date | July 17, 2026 |
| Title | ***Francisco Millan Rivera v. Fereti Semaia, et al.*** | Page | 2 of 2 |

court and against the same defendant") (citation and quotation marks omitted), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880, 904 (2008); *Clayton v. Dist. of Columbia*, 36 F. Supp. 3d 91, 94 n.1 (D.D.C. 2014) ("Sua sponte dismissal of an action duplicative of a parallel action already pending in another federal court is allowable as an exercise of wise judicial administration.") (cleaned up). The Clerk shall close this action (5:26-cv-03855-JMS-SK).